```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Oralia Vargas-Garcia,

                              Plaintiff,

-against-

Mexican Fast Food Inc. et al.,

                              Defendants.

1:18-cv-06643 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

       This case contains claims under the Fair Labor Standards Act. The parties appeared before the undersigned for a settlement conference on January 23, 2019 and reached a settlement in principle. On January 24, 2019 an Order was issued on the parties' consent referring disposition of this matter to the undersigned pursuant to 28 U.S.C. § 636(c). (ECF No. 17.) On February 21, 2019 the parties submitted their proposed settlement agreement and related papers. (ECF No. 21.) Having reviewed the proposed settlement, the Court finds that it is fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The settlement is approved.

       Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement. The Clerk is requested to close the case.

**SO ORDERED.**

DATED:     New York, New York
                 February 25, 2019

_____
STEWART D. AARON
United States Magistrate Judge